IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00186 |
| | ) | Judge Trauger |
| | ) | |
| BRETT FITZGERALD GOOCH | ) | |

**O R D E R**

A continuation of the revocation proceeding from July 30, 2012 was held on January 29, 2013. The parties announced an agreed disposition that the court will accept.

Based upon the defendant's plea of guilty to the two violations set out in the Superseding Petition (Docket No. 95), it is hereby **ORDERED** that the defendant's supervision is **REVOKED**, and he is sentenced to time served. It is further **ORDERED** that the defendant's term of supervised release shall terminate immediately, as he has been on supervised release for almost one year beyond the originally contemplated termination date.

It is so **ORDERED**.

ENTER this 29th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge